FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
    JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

April 29, 2015

Debra Spisak
2nd Court Of Appeals Clerk
401 W. Belknap, Ste 9000
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Thomas Wilder
District Clerk Tarrant County
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Debra Ann Windsor
Assistant District Attorney
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Terry Barlow
1110 E. Weatherford
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

Sharen Wilson
District Attorney Tarrant County
401 West Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

**Re:** MILLER, CHRISTOPHER ADRIAN
**CCA No.** PD-0038-14
**Trial Court Case No.** 1264863D

**COA No.** 02-12-00487-CR

Herewith please find the corrected dissenting opinion issued in the above referenced petition for discretionary.

Sincerely,

Abel Acosta, Clerk